**SEALED**

CASE UNSEALED PER ORDER OF COURT

FILED
JUN 24 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                      DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO.: '19 MJ 2635 |
| Plaintiff, | COMPLAINT FOR VIOLATIONS OF: |
| v. | Title 21 U.S.C. Sec. 841 (Possession With Intent To Distribute) |
| ERIK ALEXIS MARTINEAU, | |
| Defendant. | |

The undersigned Complainant, being duly sworn, states:

On or about January 28, 2019, within the Southern District of California, defendant ERIK ALEXIS MARTINEAU did knowingly and intentionally possess with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, to wit: 1,244.40 grams of methamphetamine, in violation of Title 21, United States Code, Section and 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

David Jones, U.S. Postal Inspector

Sworn to me and subscribed in my presence this 24 day of June 2019

Hon. Barbara L. Major
United States Magistrate Judge

1

## STATEMENT OF FACTS

On January 28, 2019, Homeland Security Investigation Special Agents followed defendant ERIK ALEXIS MARTINEAU driving his BMW to Extra Space Storage Facility in San Diego. Agents observed defendant ERIK ALEXIS MARTINEAU in an assigned storage unit wrapping items in duct tape. Investigators learned that defendant ERIK ALEXIS MARTINEAU rented the storage unit on January 8, 2018. Later that same day, agents followed defendant ERIK ALEXIS MARTINEAU as he left the storage unit and observed him drop off parcels in the blue collection boxes at three different USPS locations in San Diego. Agents maintained surveillance of each USPS box. No other parcels were dropped off while the agents maintained surveillance of the USPS collection boxes. Postal Inspectors arrived, opened the USPS collection boxes, and took a total of 22 parcels, which were located on top of the other parcels, used the same type of envelope, and had the same type of shipping label (pre-printed shipping labels). In addition, there were similar grouping of the parcels with similar return addresses – for example, one return address was found in three separate mailboxes.

Four of the parcels were referred to the destination located on the shipping labels. Postal Inspectors obtained and executed federal search warrants on those parcels in their respective locations: North Dakota (232 grams of methamphetamine); Wisconsin (118 grams of methamphetamine); Nebraska (134 grams of methamphetamine) and Michigan (119 grams of methamphetamine). Pursuant to federal search warrants in San Diego, the remaining 18 parcels were opened and contained a total of 641.40 grams of methamphetamine and 183.30 grams of heroin.

During the investigation, investigators learned that defendant ERIK ALEXIS MARTINEAU had an account at Office Depot in San Diego. Investigators further learned that defendant ERIK ALEXIS MARTINEAU arranged by email to have

Office Depot print out shipping labels for him, including the 22 parcels described above that were seized on January 28, 2019. Based on records obtained from Office Depot, defendant ERIK ALEXIS MARTINEAU opened his account on January 16, 2018 and had approximately 50-75 shipping labels printed per week by Office Depot.